IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:14cr42HTW-FKB

REBECCA JERNIGAN SALEZ  18 U.S.C. § 641

**The Grand Jury charges:**

Beginning in or about September 2009 and continuing through at least in or about April 2012, in Noxubee County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **REBECCA JERNIGAN SALEZ**, did knowingly convert to her own use more than $1,000.00, that is approximately $119,858, of Retirement Survivors Insurance (RSI) benefits, belonging to the United States and department and agencies thereof, that is, the United States Social Security Administration, in violation of Section 641, Title 18, United States Code.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent

of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 981(a)(1)(C), Title 18, United States Code and Section 2461, Title 28, United States Code.

                                                    _____
                                                    GREGORY K. DAVIS
                                                    United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the __5th__ day of February, 2014.

                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE